IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MANUEL MUÑOZ-DE LA ROSA   ) | |
|     Petitioner,   ) | Case No.: 26-1094 |
|     v.   ) | Agency No. A221415068 |
| **Garrett J. Ripa,** Miami Field Office Director, Enforcement and Removal Operations (ICE/ERO); **Todd Lyons**, Acting Director U.S. Immigrations Customs Enforcement; **Kristi Noem**, Secretary of Homeland Security; **Pamela Bondi,** Attorney General of the United States,   ) ) ) ) ) ) ) | EXPEDITED HEARING REQUESTED |
|     Respondents, | |

EMERGENCY MOTION REQUESTING
TEMPORARY RESTRAINING ORDER

TO THE HONORABLE COURT:

    COMES NOW the Petitioner through the counsel and respectfully states and prays as follows:

1. Puerto Rico does not have a permanent Immigration Detention Facility. Usually, Respondents transferred the detained immigrants outside of Puerto Rico, after 3 or 4 days of detention. **Mr., Muñoz has been informed undersigned counsel, that he will be transferred to Miami Detention facility.**

2. Whether a prisoner's post habeas filing transfers to another jurisdiction impacts this Court's ability to grant habeas relief, has not been decided by the Court of Appeals for the First Circuit. See, *Williams v. Warden, FCI Berlin, 786 F.Supp. 3d 436, 446 (D.N.H. 2025).*

3.    The Supreme Court, on the other hand, has stated that a district court ordinarily will retain jurisdiction even if DHS subsequently transfers the petitioner to another district. See **Ex Parte Endo, 323 U.S 283, 304-05 (1944)** (rejecting mootness after transfer because "there is no suggestion that there is no one within the jurisdiction of the District Court who is responsible for the detention of appellant and who would be an appropriate respondent"). Whether an individual is "in custody" is determined *at the time* the habeas petition **is filed**. Spencer v. Kemna, 523 U.S. 1, 7 (1998) (addressing identical language in 28 U.S.C. § 2254).

4.    As of he filing of this case February 19, 2026 at 8:00 AM, Mr Muños is detained at the Guaynabo Immigration and Removal Detention Facility., Guaynab, PR.

**WHEREFORE,** the Petitioner respectfully requests this Court issue and order to the respondents, to **NOT** to transfer the Petitioner out of this District Court's jurisdiction, until the respondents have been served and shown cause.

In San Juan, Puerto Rico, January 19, 2026

RESPECTFULLY SUBMITTED,

s/ RAYMOND L. SÁNCHEZ MACEIRA
USDC: 211405
COUNSEL FOR PETITIONER
PO BOX 191972
SAN JUAN, PR 00919
TEL. 721-3370/FAX 721-4706
sanchezlaw264@gmail.com