IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Manuel Muñoz De la Rosa | ) |
|     Petitioner, | ) Case No.:26-1094 |
|   v. | ) Agency No. A221-141-068 |
| **Garrett J. Ripa,** Miami Field Office Director, Enforcement and Removal Operations (ICE/ERO); **Todd Lyons**, Acting Director U.S. Immigrations Customs Enforcement; **Kristi Noem**, Secretary of Homeland Security; **Pamela Bondi,** Attorney General of the United States, | ) ) ) ) EXPEDITED HEARING REQUESTED ) ) ) |
|     Respondents, | |

MOTION SUBMITTING SUMMONS TO BE ISSUED

TO THE HONORABLE COURT:

    COMES NOW Petitioner Manuel Muñoz De la Rosa through the undersigned attorney and respectfully states and prays as follows:

1. Attached to the present motion is the Summons that Petitioner is requesting to be issued by the Clerk Office.

    Wherefore, Petitioner respectfully requests this Court that the Summons attached be issued Forthwith by the Clerk of the Court.

At San Juan, Puerto Rico, February 19, 2026

  RESPECTFULLY SUBMITTED,

        s/ RAYMOND L. SÁNCHEZ MACEIRA
              USDC: 211405
          COUNSEL FOR DEFENDANT
             PO BOX 191972
           SAN JUAN, PR 00919

TEL. 721-3370/FAX 721-4706
sanchezlaw264@gmail.com

## CERTIFICATE OF SERVICE

**I hereby inform:** That on this date, I have filed the foregoing with the Clerk of the Court for filing and uploading to the CM/ECF system.

S/RAYMOND L. SANCHEZ-MACEIRA
USDC: 211405
PO BOX 191972
SAN JUAN, P.R 00919
TEL 721-3370/ FAX 721-4706
SANCHEZLAW264@GMAIL.COM