**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **MANUEL ARGENIS MUÑOZ DE LA ROSA,** | |
| **Petitioner,** | **CIVIL NO. 26-1094 (PAD)** |
| **v.** | |
| **GARRET J. RIPA; <u>ET AL.</u>,** | |
| **Respondents.** | |

**JUDGMENT**

Delgado-Hernández, District Judge.

In accordance with the Order issued today (Docket No. 17), judgment is hereby entered dismissing the petition.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 7th day of April, 2026.

<u>s/Pedro A. Delgado-Hernández</u>
PEDRO A. DELGADO-HERNÁNDEZ
United States District Judge